# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON, )
          )  No. 67675-0-I
      Respondent, )
          )  DIVISION ONE
    v.        )
          )  UNPUBLISHED OPINION
E.W.,         )
B.D. 07/30/95,     )
          )
      Appellant. )  FILED:  MAR 0 4 2013

PER CURIAM. – E.W. appeals his convictions in juvenile court for three counts of making threats to bomb or injure property. He contends the information was defective for failing to allege that he made a "true threat." His contention is controlled by the State Supreme Court's recent decision in State v. Allen, No. 86119-6, 2013 WL 259383 (Wash. Jan. 24, 2013) ("true threat" concept defines the threat element of an offense; it is not itself an element that must be included in either the information or the to-convict instruction).

   Affirmed.

       For the court:

          _Cox, J._